UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MONIQUE NEELY, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.:   3:19-cv-00010 |
| | § | |
| TARGET CORPORATION D/B/A | § | |
| TARGET STORES, | § | |
| Defendant. | § | |

### JOINT NOTICE OF SETTLEMENT, MOTION TO LIFT STAY AND MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiff Monique Neely and Defendant Target Corporation (incorrectly identified as "Target Corporation D/B/A Target Stores"), the only parties herein, and provide this Joint Notice of Settlement, advising that all matters in controversy between Plaintiff and Defendant have been fully and completely compromised and settled, and Plaintiff no longer desires to pursue this cause or any claims related to this cause against Defendant. A copy of the notice provided to the Case Manager in accordance with Paragraph 15(A)(1) of the Court's Court Procedures is attached hereto as Exhibit A.

In light of the settlement of Plaintiff's claims against Defendant herein, the Parties further move this honorable Court to lift the July 23, 2019 Stay (entered pending completion of Arbitration proceedings in this matter) (ECF No. 21) and, pursuant to Fed.

R. Civ. P. 41(a)(2), **_dismiss with prejudice_** each and every of Plaintiff's claims against Defendant in this action, with all costs to be taxed against the party incurring same.

Respectfully submitted,

| | |
|---|---|
| /s/ Jason H. Casell | /s/ Donna C. Peavler |
| **Richard Hinojosa** | **Donna C. Peavler** |
| State Bar No. 24068885 | Attorney-in-charge |
| richardhinojosa@hinojosalaw.com | State Bar No. 00783887 |
| **Jason H. Casell** | dpeavler@peavlerbriscoe.com |
| State Bar No. 24063869 | **Sara Kimbrough Scudday** |
| jcasell@hinojosalaw.com | State Bar No. 24073675 |
| **HINOJOSA LAW, PLLC** | sscudday@peavlerbriscoe.com |
| 3904 Brandt Street | **PEAVLER\|BRISCOE** |
| Houston, Texas 77006 | 2215 Westgate Plaza |
| (713) 884-1663 | Grapevine, Texas 76051 |
| (713) 422-2493 (fax) | 214-999-0550 (telephone) |
| | 214-999-0551 (fax) |
| **ATTORNEYS FOR PLAINTIFF MONIQUE NEELY** | **ATTORNEYS FOR DEFENDANT TARGET CORPORATION** |

### CERTIFICATE OF SERVICE

I certify that this document was served on counsel of record in accordance with the Federal Rules of Civil Procedure on December 6, 2021.

/s/ Donna C. Peavler
Donna C. Peavler